1

2

3

4

5 IN THE UNITED STATES DISTRICT COURT

6 FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8 DANNY MEREDITH,                                    No. CV 13-02649 JSC

9          Plaintiff,                               **ORDER**

10    v.

11 SARA LEE FRESH INC,

12          Defendant.
   _____/

13

14 GOOD CAUSE APPEARING THEREFOR,

15        IT IS ORDERED that this case is reassigned to the **Honorable Saundra B. Armstrong** in

16 the **Oakland division** for all further proceedings. Counsel are instructed that all future filings shall

17 bear the **initials SBA** immediately after the case number. All hearing dates presently scheduled are

18 vacated and motions should be renoticed for hearing before the judge to whom the case has been

19 reassigned. Briefing schedules remain unchanged. *See* Civil L.R. 7-7(d). Matters for which a

20 magistrate judge has already issued a report and recommendation shall not be rebriefed or noticed

21 for hearing before the newly assigned judge; such matters shall proceed in accordance with Fed. R.

22 Civ. P. 72(b).

23

24                                                  FOR THE EXECUTIVE COMMITTEE:

25

26 Dated: June 25, 2013

27 rev 4-12                                          Richard W. Wieking
                                                    Clerk of Court

28

**United States District Court**
For the Northern District of California