Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

DANNY MEREDITH

              Plaintiff(s),

v.

SARA LEE FRESH, INC., et al.

              Defendant(s).

Case No: 13-cv-2649SBA

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, /s/ Kevin P. Hishta, an active member in good standing of the bar of Georgia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Flowers Foods, Inc. in the above-entitled action. My local co-counsel in this case is Douglas J. Farmer, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 191 Peachtree Street, NE, Suite 4800<br>Atlanta, GA  30303 | Steuart Tower, Suite 1300, One Market Plaza<br>San Francisco, CA  94105 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (404) 881-1300 | (415) 442-4810 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| kevin.hishta@ogletreedeakins.com | douglas.farmer@ogletreedeakins.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 357410.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 07/01/13

                                           /s/ Kevin P. Hishta
                                              APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of /s/ Kevin P. Hishta is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 1/10/2014

                                       *Sandra B. Armstrong*
                                       UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

CAROL W. HUNSTEIN, CHIEF JUSTICE
HUGH P. THOMPSON, PRESIDING JUSTICE
ROBERT BENHAM
P. HARRIS HINES
HAROLD D. MELTON
DAVID E. NAHMIAS
KEITH R. BLACKWELL
    JUSTICES

Supreme Court
State of Georgia
STATE JUDICIAL BUILDING
Atlanta 30334

THÉRÈSE S. BARNES, CLERK
JEAN RUSKELL, REPORTER

May 17, 2013

    I hereby certify that Kevin Patrick Hishta, Esq., was admitted on the 17th day of February, 1983, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.

    Witness my signature and the seal of this Court hereto affixed the day and year first above written.

*Thérèse S. Barnes*, Clerk



# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA        }
                                } ss.
NORTHERN DISTRICT OF GEORGIA    }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **KEVIN P. HISHTA, State Bar No. 357410,** was duly admitted to practice in said Court on December 13, 1982, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 14th day of May, 2013.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Anniva Renick
Deputy Clerk