DISTRIBUTION CONSULTANTS, INC.
2900 WESTCHESTER AVENUE
PURCHASE, NEW YORK 10577



# SARA LEE FRESH
# DISTRIBUTION AGREEMENT

**THIS AGREEMENT** made effective **December 18, 2000,** by and between **SARA LEE FRESH, INC.**, a Delaware business corporation with offices at 5200 South Alameda Street, Vernon, California 90058 (herein referred to as "SARA LEE FRESH") and **DANNY M. MEREDITH**, residing at **231 MARCELLA WAY, MILLBRAE, CALIFORNIA 94030**, (herein referred to as "DISTRIBUTOR").

## WITNESSETH:

**WHEREAS,** SARA LEE FRESH has heretofore developed and or acquired the exclusive distribution rights to distribute and sell various fresh baked products throughout much of the United States; and

**WHEREAS,** DISTRIBUTOR has the ability and experience necessary to sell and distribute Products successfully within a specific geographic area; and

**WHEREAS,** DISTRIBUTOR has purchased from DISTRIBUTOR'S predecessor distributor or SARA LEE FRESH the Distribution Rights in the Sales Area hereinafter described; and

WHEREAS, the parties desire to enter into a written agreement describing and setting forth the terms and conditions under which they will do business with each other;

NOW THEREFORE, in consideration of the premises, covenants and conditions set forth herein, and for other good and valuable consideration given and received, the parties mutually agree as follows:

# ARTICLE 1
# DEFINITIONS

§1.1 **SALES AREA:** Shall mean that geographic area within which DISTRIBUTOR owns the Distribution Rights, as more specifically described in Schedule A attached hereto and made a part hereof.

§1.2 **OUTLETS:** Shall mean those purchasers of products as specifically defined and described in Schedule B attached hereto and made a part hereof.

§1.3 **PRODUCTS:** Shall mean all those bakery products as specifically defined and described in Schedule B attached hereto and made a part hereof.

§1.4 **DISTRIBUTION RIGHTS:** Shall mean the sole right to sell and distribute Products to Outlets in the Sales Area, which right has been purchased by DISTRIBUTOR from SARA LEE FRESH, or from DISTRIBUTOR'S predecessor, as evidenced by a Bill of Sale executed heretofore.

§1.5 **NAMES AND MARKS:** Shall mean the trade names, trademarks, service marks, designs, graphics, logos and other commercial symbols owned by SARA LEE FRESH, as SARA LEE FRESH may from time to time designate to be used in connection with the SARA LEE FRESH business, including, without limitation, those names set forth on Schedule B hereto.

DISTRIBUTION CONSULTANTS, INC.
2900 WESTCHESTER AVENUE
PURCHASE, NEW YORK 10577

§1.6 **CHAIN:** Shall mean a person or business entity that operates more than one Outlet

§1.6 **CHAIN**: Shall mean a person or business entity that operates more than one Outlet and makes decisions regarding the purchase of Products for its Outlets at a central office.

§1.7 **FORCE MAJEURE**: Shall mean an Act of God, war, fire, explosion, riot, looting, civil commotion, failure of machinery or plant, restrictions by a Government or any competent authority, strikes or lock-outs at either party's premises or in any related trade or business or any other similar circumstances of whatsoever kind beyond the control of the party affected which affects either party's performance of its obligations under this Agreement.

## ARTICLE 2
## RELATIONSHIP

§2.1 **EXTENT AND DURATION**: SARA LEE FRESH hereby recognizes DISTRIBUTOR'S ownership of the Distribution Rights, which ownership will continue until the Distribution Rights are sold or transferred as provided herein.

§2.2 **TERMINATION OF THIS AGREEMENT**: The parties agree that the Distribution Rights can be exercised only pursuant to the terms of this Agreement and that any termination of this Agreement requires DISTRIBUTOR or SARA LEE FRESH, for the account of DISTRIBUTOR, to sell such Distribution Rights as provided herein.

§2.3 **INDEPENDENT CONTRACTORS**: The parties intend to create an independent contractor relationship and it is of the essence of this Agreement that DISTRIBUTOR be an independent contractor for all purposes and DISTRIBUTOR shall only identify himself as such in all third party dealings. Any contrary final determination by any board, tribunal or court of competent jurisdiction shall require

DISTRIBUTION CONSULTANTS, INC.
2900 WESTCHESTER AVENUE
PURCHASE, NEW YORK 10577

the amendment of this Agreement in any way necessary to establish an independent contractor relationship. As an independent contractor, DISTRIBUTOR has the right to operate the business as DISTRIBUTOR chooses, and shall bear all risks and costs of operating such business. DISTRIBUTOR has no authority to retain any person on behalf of SARA LEE FRESH. It is expressly understood that DISTRIBUTOR has no claim, or right under any circumstances, to any benefits or other compensation currently paid by SARA LEE FRESH to employees, or hereafter declared by SARA LEE FRESH for the benefit of employees. No fiduciary relationship exists between the parties.

§2.4 **NOTICE:** DISTRIBUTOR agrees to have painted in a conspicuous manner on any delivery vehicle owned or leased by DISTRIBUTOR to carry out the terms hereof: "Owned and operated by [DISTRIBUTOR'S name], an Independent Contractor."

§2.5 **SARA LEE FRESH AND ITS AFFILIATES:** The obligations of SARA LEE FRESH contained in this Agreement may be performed by SARA LEE FRESH or any division, affiliate or corporate parent of SARA LEE FRESH.

§2.6 **RESERVATION OF RIGHTS:** Any rights not specifically granted pursuant to the terms of this Agreement are hereby reserved by SARA LEE FRESH.

## ARTICLE 3
## SALE OF PRODUCTS

§3.1 **TITLE:** All Products will be sold to DISTRIBUTOR absolutely, and title to and risk of loss of the Products shall pass to DISTRIBUTOR upon delivery of the Products in accordance with §3.2 below.

§3.2 **DELIVERY:** Except as otherwise provided herein, SARA LEE FRESH agrees to sell and deliver to DISTRIBUTOR, and DISTRIBUTOR agrees to buy and accept,

DISTRIBUTION CONSULTANTS, INC.
2900 WESTCHESTER AVENUE
PURCHASE, NEW YORK 10577

at such location as SARA LEE FRESH may from time to time reasonably designate or approve, sufficient quantities of the Products to adequately and properly supply the Outlets in the Sales Area. SARA LEE FRESH agrees to use commercially reasonable efforts to fill DISTRIBUTOR'S orders in a reasonable and timely fashion. In case of strike, shortage of materials, breakdown or other cause, SARA LEE FRESH reserves the right to fill orders on such reasonable basis as circumstances then permit. SARA LEE FRESH will accept and give full credit for any merchandise which is delivered in unsaleable condition, provided it is promptly identified as such and promptly returned by DISTRIBUTOR. DISTRIBUTOR shall be responsible for the prompt removal and disposal of all damaged or off code Product. DISTRIBUTOR acknowledges and agrees that both SARA LEE FRESH and DISTRIBUTOR have an overriding interest in protecting the Products, Names and Marks, and favorable consumer reputation. DISTRIBUTOR agrees that any stale, damaged or offcode Product intended for human consumption shall be clearly marked as stale, damaged or offcode and shall be sold only under such circumstances as protect the image and integrity of the Products, Names and Marks in the fresh marketplace.

§3.3 **TERMS:** Products will be sold to DISTRIBUTOR on terms and prices established by SARA LEE FRESH from time to time.

§3.4 **SETTLEMENT OF ACCOUNT:** On or before Friday of each week, DISTRIBUTOR will remit to SARA LEE FRESH the purchase price of all Products delivered to DISTRIBUTOR during the preceding week, less credit for any unsaleable Products which have been returned in accordance with §3.2 above.

DISTRIBUTION CONSULTANTS, INC.
2900 WESTCHESTER AVENUE
PURCHASE, NEW YORK 10577

DISTRIBUTION CONSULTANTS, INC.
2900 WESTCHESTER AVENUE
PURCHASE, NEW YORK 10577

§3.5 **PURCHASE OF RECEIVABLES:** In cases where the DISTRIBUTOR sells and distributes Products to Outlets whose managers are not permitted to pay cash, and which have been approved by SARA LEE FRESH for credit, SARA LEE FRESH shall, at the request and for the convenience of DISTRIBUTOR, purchase properly filled out and executed charge slips from the DISTRIBUTOR at their face value, and credit DISTRIBUTOR'S account therefor. DISTRIBUTOR shall promptly remit all such slips to SARA LEE FRESH, and sign such assignments and agreements as may be necessary to transfer to SARA LEE FRESH all receivables and accounts evidenced by such charge slips.

§3.6 **DEFAULT:** Nothing herein shall be deemed to require SARA LEE FRESH to fill an order of DISTRIBUTOR during any time when DISTRIBUTOR is in default of any payment or other obligation to SARA LEE FRESH.

§3.7 **PROMOTION PARTICIPATION PROGRAM:** In cases where DISTRIBUTOR wishes to sell Products to Outlets at prices which are less than those reflected on SARA LEE FRESH'S then current Suggested Price List, and DISTRIBUTOR wishes to have SARA LEE FRESH participate and SARA LEE FRESH agrees to partici-pate in such promotion or discount price, SARA LEE FRESH will contribute to DISTRIBUTOR'S discount in accordance with SARA LEE FRESH'S Promotion Participation Policy as amended from time to time.

§3.8 **SECURITY INTEREST:** To secure the payment of any indebtedness or liability of DISTRIBUTOR to SARA LEE FRESH now or hereafter arising pursuant to this Agreement or otherwise, DISTRIBUTOR hereby grants and conveys to SARA LEE FRESH a continuing and general security interest in the Distribution Rights, all other assets used in connection with the exercise of the Distribution Rights, all rights hereunder and all Products and receivables of the DISTRIBUTOR, and grants to SARA LEE FRESH the rights of a secured party. DISTRIBUTOR agrees to

6

SARA LEE FRESH Distribution Agreement