UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DANNY MEREDITH,<br><br>        Plaintiff,<br><br>  vs.<br><br>SARA LEE FRESH, INC., a Delaware corporation, et al.,<br><br>        Defendants. | Case No:  C 13-2649 SBA<br><br>**ORDER OF REFERENCE AND SETTING CASE MANAGEMENT CONFERENCE** |

PLEASE TAKE NOTICE THAT:

1. In accordance with Civil Local Rule 72-1, the Motion for Withdrawal as Counsel for Plaintiff filed by attorney Nick Heimlich (Dkt. 46) is REFERRED to the Chief Magistrate Judge or his designee for resolution. The September 9, 2015, hearing date is VACATED. The new hearing date will determined by the assigned Magistrate Judge.

2. The parties shall appear for a telephonic Case Management Conference on **September 30, 2015, at 3:00 p.m.** At least seven (7) calendar days prior to the conference, the parties shall meet and confer and file a Joint Case Management Statement in accordance with Civil Local Rule 16-9. Defendants' counsel shall be responsible for filing the Joint Case Management Statement and setting up the conference call. At the date and time indicated above, Defendants' counsel shall call (510) 879-3550 with all parties on the line. NO PARTY SHALL OTHERWISE CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

3. The file shall be reopened by the Clerk.

IT IS SO ORDERED.

Dated:  7/28/15

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge