UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DANNY MEREDITH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SARA LEE FRESH, INC., et al.,<br><br>　　　　Defendants. | Case No: C 13-2649 SBA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

   IT IS HEREBY ORDERED THAT the telephonic Case Management Conference currently scheduled for September 30, 2015 is CONTINUED to January 7, 2016 at 2:30 p.m. At least seven (7) calendar days prior to the conference, the parties shall meet and confer and file a Joint Case Management Statement in accordance with Civil Local Rule 16-9. Defendant's counsel shall be responsible for filing the Joint Case Management Statement and setting up the conference call. At the date and time indicated above, Defendant's counsel shall call (510) 879-3550 with all parties on the line. NO PARTY SHALL OTHERWISE CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

   IT IS SO ORDERED.

Dated: September 24, 2015

　　　　　　　　　　　　　　　　　　　*Saundra B Armstrong*
　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　United States District Judge