UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DANNY MEREDITH,<br><br>        Plaintiff,<br><br>    vs.<br><br>SARA LEE FRESH, INC., a Delaware<br>Corporation, BIMBO BAKERIES USA,<br>INC. a Delaware Corporation, and<br>EARTHGRAINS DISTRIBUTION,<br>LLC, a Delaware limited liability<br>corporation, and FLOWERS FOODS,<br>INC., a Georgia Corporation<br>And DOES 1-20,<br><br>        Defendants. | Case No:  C 13-2649 SBA<br><br>**ORDER VACATING CASE<br>MANAGEMENT CONFERENCE<br>AND ADMINSTRATIVELY<br>CLOSING ACTION** |

The parties have requested that the Court continue the Case Management Conference scheduled for March 10, 2016, and take no further action in the case until the conclusion of the arbitration proceedings pending before JAMS.  Dkt. 65.  Good cause appearing,

IT IS HEREBY ORDERED THAT the Case Management Conference scheduled for March 10, 2016 is VACATED.  In view of the ongoing arbitration, the Clerk shall ADMINISTRATIVELY CLOSE the action.  Within 30 days of the conclusion of the arbitration, the parties shall jointly notify the Court of the same and specify the further action they would like taken, including reopening the case and setting a Case Management Conference, in appropriate.

IT IS SO ORDERED.

Dated:  3/10/16

SAUNDRA BROWN ARMSTRONG

Senior United States District Judge